# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jeremiah Royster,

    Plaintiff(s),　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　　3:10cv509

Richard Neely, Superintendent
Lanesboro Correctional Inst.,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/30/2011 Order.

Signed: September 30, 2011

Frank G. Johns, Clerk
United States District Court